**Order entered November 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01390-CV

**BRIAN ANTHONY BERARDINELLI, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10998**

## ORDER

We **GRANT** appellant's November 24, 2013 motion for an extension of time to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on November 5, 2013 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
         JUSTICE